UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 08 2021
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21-CR-00319 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | |
| DAVAREUS CLARK | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about October 21, 2021, in the Eastern District of Arkansas, the defendant,

DAVAREUS CLARK,

knowingly possessed a machinegun, that is: a Glock, model 22, .40 caliber pistol, bearing serial number AAKM558, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, DAVAREUS CLARK, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation, including, but not limited to, the following specific property: a Glock, model 22, .40 caliber pistol, bearing serial number AAKM558, equipped with a machinegun conversion device, which enabled the weapon listed in Count 1 to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]